IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01086-WYD-MJW

CHARLES SREBNIK;
JOANN SREBNIK;
MICHELLE SREBNIK;
LEE SREBNIK;
GARY DEVONPORT;
AIMEE DEVONPORT;
ALLISON OKON, individually, and as Trustee for the Matthew Okon Trust; and
DARYL DINKLA,

     Plaintiff(s),

v.

NORMAN M. DEAN, individually;
JAMES E. MILLER, individually;
CLARK A. MILLER, individually;
MFL, INC., a Colorado corporation;
ANDERSON & WHITNEY, P.C., a Colorado professional corporation; and
COMISKEY & COMPANY, PROFESSIONAL CORPORATION, a Colorado professional corporation,

     Defendant(s).

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     The Motion of Defendant Comiskey & Company for Partial Summary Judgment as to Derivative and Class Action Claims, filed July 19, 2005, is **STRICKEN** with leave to refile in compliance with this Court's Hearing, Conference and Trial Procedures. Defendant shall have up to and including **Friday, July 29, 2005**, to refile the Motion.

Dated:  July 19, 2005

                              s/ Tisa M. Duckworth
                              Judicial Assistant