**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-1086-WYD-MJW

CHARLES SREBNIK,
JOANN SREBNIK,
MICHELLE SREBNIK
LEE SREBNIK,
GARY DEVONPORT,
AIMEE DEVONPORT,
ALLISON OKON,
    Individually, and as Trustee for the Matthew Okon Trust, and
DARYL DINKLA,

Plaintiffs,

v.

NORMAN M. DEAN, Individually,
JAMES E. MILLER, Individually,
CLARK A. MILLER, Individually,
MILLER FEEDLOTS, INC., a Colorado Corporation,
ANDERSON & WHITNEY, P.C., a Colorado Professional Corporation, and
COMISKEY & COMPANY, PROFESSIONAL CORPORATION, a Colorado Professional Corporation.

Defendants.

**DEFENDANT ANDERSON & WHITNEY'S NOTICE OF JOINDER IN DEFENDANT COMISKEY & CO.'S MOTION TO STRIKE VERIFIED COMPLAINT FOR FAILURE TO COMPLY WITH RULES 8 AND 9(b)**

Defendant, Anderson & Whitney, P.C., by and through their undersigned attorneys, hereby join the Motion of Defendant Comiskey & Company to Strike Verified Complaint for Failure to Comply with Rules 8 and 9(b), filed on July 19, 2005 (the "Motion to Strike").

1

By this reference, Defendant Anderson & Whitney expressly incorporate the Motion to Strike, in its entirety, as if fully set forth herein.

Dated this 26th day of July 2005.

RESPECTFULLY SUBMITTED

*ss/Steven R. Anderson*

_____
Steven R. Anderson, #17113
Brian F. Huebsch, #34192
ANDERSON & JAHDE, P.C.
2100 West Littleton Boulevard, Suite #300
Littleton, Colorado  80120
Telephone:     303-782-0003
Facsimile:     303-782-0055

ATTORNEYS FOR DEFENDANTS
ANDERSON & WHITNEY, PC.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of July, 2005, a true and correct copy of the foregoing ***Defendant Anderson & Whitney's Notice of Joinder in Defendant Comiskey & Company's Motion to Strike Verified Complaint for Failure to Comply with Rules 8 and 9(b)*** was electronically filed, and served through ECF to the following parties:

A. Thomas Tenenbaum
Belleview Tower, #1100
7887 E. Belleview Ave.,
Englewood CO 80111

Paul R. Wood, Esq.,
Elizabeth H. Getches, Esq.
Moye Giles LLP
1400 16th St., 6th Floor
Denver CO 80202

Thomas D. Birge
Carla B. Minckley
Birge & Minckley, P.C.
1700 Broadway #1501
Denver CO 80290

                                          *ss/ Linda Sanders*
                                          _____