IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 05-CV-01086-WYD-MJW**

CHARLES SREBNIK, et al.,

Plaintiff(s),

v.

NORMAN M. DEAN, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Joint Motion to Vacate and Reset Scheduling Conference, which was untimely filed on August 18, 2005, is granted. Accordingly, the Rule 16 Scheduling/Planning Conference set for Monday, August 22, 2005, at 3:00 p.m. is vacated and reset to September 6, 2005, at 10:00 a.m. The parties shall comply with all other provisions of this court's Order Setting Scheduling/Planning Conference filed on June 27, 2005 (Docket No. 5).

Dated: August 19, 2005