IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01086-WYD-MJW

CHARLES SREBNIK;
JOANN SREBNIK;
MICHELLE SREBNIK;
LEE SREBNIK;
GARY DEVONPORT;
AIMEE DEVONPORT;
ALLISON OKON, individually, and as Trustee for the Matthew Okon Trust; and
DARYL DINKLA,

    Plaintiffs,

v.

NORMAN M. DEAN, individually;
JAMES E. MILLER, individually;
CLARK A. MILLER, individually;
MFL, INC., a Colorado corporation;
ANDERSON & WHITNEY, P.C., a Colorado professional corporation; and
COMISKEY & COMPANY, PROFESSIONAL CORPORATION, a Colorado professional corporation,

    Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion to Strike Defendant Comiskey & Company's Reply Brief in Support of Motion to Strike Plaintiffs' "Certificate of Review" and to Dismiss Complaint Pursuant to C.R.S. § 13-20-602(4), filed November 7, 2005, is **GRANTED.**

    Defendant Comiskey & Company's Reply Brief in Support of Motion of Comiskey & Company's Motion to Strike "Certificate of Review" and to Dismiss Complaint Pursuant to C.R.S. § 13-20-604(4), filed November 1, 2005, is **STRICKEN** with leave to refile in compliance with this Court's Hearing, Conference and Trial Procedures on or before **Tuesday, November 15, 2005**.

Dated: November 8, 2005

                                           s/ Michelle M. Merz
                                           Law Clerk to
                                           Wiley Y. Daniel
                                           U. S. District Judge