IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01086-WYD-MJW

CHARLES SREBNIK;
JOANN SREBNIK;
MICHELLE SREBNIK;
LEE SREBNIK;
GARY DEVONPORT;
AIMEE DEVONPORT;
ALLISON OKON, individually, and as Trustee for the Matthew Okon Trust; and
DARYL DINKLA,

    Plaintiffs,

v.

NORMAN M. DEAN, individually;
JAMES E. MILLER, individually;
CLARK A. MILLER, individually;
MFL, INC., a Colorado corporation;
ANDERSON & WHITNEY, P.C., a Colorado professional corporation; and
COMISKEY & COMPANY, PROFESSIONAL CORPORATION, a Colorado professional corporation,
SHERMAN & HOWARD L.L.C., a Delaware Limited Liability Company,

    Defendants,

and

MILLER DIVERSIFIED CORP., a Nevada Corporation

    as Nominal Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER is before the Court on receipt of Defendants' Responses to the

Court's November 22, 2005, Order to Show Cause, all of which were filed December 2,

2005, (docket #'s 107, 108, & 109). In the Order to Show Cause, I ordered Defendants to show cause in writing why certain motions should not be denied as moot in light of the filing of Plaintiff's First Amended Verified Complaint on November 21, 2005. Having reviewed the Responses, it is hereby

ORDERED that Defendant Comiskey & Company's Motion to Strike Verified Complaint for Failure to Comply with Rules 8 and 9(b), filed July 19, 2005 (docket #18), is **DENIED AS MOOT**. It is

FURTHER ORDERED that Motion of Defendant Comiskey & Company for Partial Summary Judgment as to Derivative and Class Action Claims, filed July 25, 2005 (docket #27) is **DENIED AS MOOT**. It is

FURTHER ORDERED that Defendant Comiskey & Company's Motion to Strike Plaintiffs' "Certificate of Review" and to Dismiss Complaint Pursuant to C.R.S. § 13-20-602(4), filed September 28, 2005 (docket #75), is **DENIED AS MOOT**. It is

FURTHER ORDERED that the parties shall refer to D.C.COLO.LCivR 7.1 of the Local Rules of Practice in the United States District Court for the District of Colorado for deadlines relating to the filing of the response and reply brief to Defendant Comiskey & Company's Motion for Partial Summary Judgment as to Derivative Claims in First Amended Verified Complaint (docket #110), Motion to Strike First Amended Verified Complaint for Failure to Comply With Rules 8 and 9(b) (docket #112); and Motion to Strike Certificates of Review and to Dismiss First Amended Verified Complaint Pursuant to C.R.S. § 13-20-602(4) (docket #114). It is

FURTHER ORDERED that the Order to Show Cause, which was issued on

November 22, 2005, is hereby **DISCHARGED**.

Dated:  December 6, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge