IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01086-WYD-MJW

CHARLES SREBNIK;
JOANN SREBNIK;
MICHELLE SREBNIK;
LEE SREBNIK;
GARY DEVONPORT;
AIMEE DEVONPORT;
ALLISON OKON, individually, and as Trustee for the Matthew Okon Trust; and
DARYL DINKLA,

    Plaintiffs,

v.

NORMAN M. DEAN, individually;
JAMES E. MILLER, individually;
CLARK A. MILLER, individually;
MFL, INC., a Colorado corporation;
ANDERSON & WHITNEY, P.C., a Colorado professional corporation; and
COMISKEY & COMPANY, PROFESSIONAL CORPORATION, a Colorado professional corporation,
SHERMAN & HOWARD L.L.C., a Delaware Limited Liability Company,

    Defendants,

and

MILLER DIVERSIFIED CORP., a Nevada Corporation

    as Nominal Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion for Leave to File Surreply to Defendant Anderson & Whitney's Reply in Support of Motion to Dismiss Amended Complaint, filed January 23, 2006, is **GRANTED**.  Plaintiffs are granted leave to file the Surreply attached as Exhibit A to the

Motion.

Dated:  January 23, 2006

                                                <u>s/ Michelle M. Merz</u>
                                                Law Clerk to
                                                Wiley Y. Daniel
                                                U. S. District Judge