IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01086-WYD-MJW

CHARLES SREBNIK, et al.

      Plaintiffs,

v.

NORMAN M. DEAN, individually, et al.

      Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

      It is hereby ORDERED that the Defendant Sherman & Howard's Unopposed Motion to Vacate Scheduling Conference on March 28, 2006, DN 186, is DENIED. The Status Conference remains set on March 28, 2006, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: March 13, 2006