IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01086-WYD-MJW

CHARLES SREBNIK;
JOANN SREBNIK;
MICHELLE SREBNIK;
LEE SREBNIK;
GARY DEVONPORT;
AIMEE DEVONPORT;
ALLISON OKON, individually, and as Trustee for the Matthew Okon Trust; and
DARYL DINKLA,

    Plaintiffs,

v.

NORMAN M. DEAN, individually;
JAMES E. MILLER, individually;
CLARK A. MILLER, individually;
MFL, INC., a Colorado corporation;
ANDERSON & WHITNEY, P.C., a Colorado professional corporation; and
COMISKEY & COMPANY, PROFESSIONAL CORPORATION, a Colorado professional corporation,
SHERMAN & HOWARD L.L.C., a Delaware Limited Liability Company,

    Defendants,

and

MILLER DIVERSIFIED CORP., a Nevada Corporation

    as Nominal Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant Anderson & Whitney's Notice of Joinder in Defendant Comiskey & Co.'s Motion to Strike Verified Complaint for Failure to Comply With Rules 8 and 9(b), filed July 26, 2005 (docket #31), is **DENIED AS MOOT**.

Dated: March 27, 2006

s/ Michelle M. Merz
Law Clerk to
Wiley Y. Daniel
U. S. District Judge
