IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01086-WYD-MJW

CHARLES SREBNIK;
JOANN SREBNIK;
MICHELLE SREBNIK;
LEE SREBNIK;
GARY DEVONPORT;
AIMEE DEVONPORT;
ALLISON OKON, individually, and as Trustee for the Matthew Okon Trust; and
DARYL DINKLA,

    Plaintiffs,

v.

NORMAN M. DEAN, individually;
JAMES E. MILLER, individually;
CLARK A. MILLER, individually;
MFL, INC., a Colorado corporation;
ANDERSON & WHITNEY, P.C., a Colorado professional corporation; and
COMISKEY & COMPANY, PROFESSIONAL CORPORATION, a Colorado professional corporation,
SHERMAN & HOWARD L.L.C., a Delaware Limited Liability Company,

    Defendants,

and

MILLER DIVERSIFIED CORP., a Nevada Corporation

    as Nominal Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    For docketing purposes, Defendants Norman M. Dean, James E. Miller, Clark A. Miller and Miller Feedlots, Inc. Motion to Strike Verified Complaint for Failure to Comply With Rule 8, filed July 20, 2005 (docket #23) is **DENIED AS MOOT.**  Defendants'

Combined Motion to Dismiss and Motion to Strike First Amended Complaint, filed December 2, 2005 (docket #106) is the operative motion. Arguments raised in the July 20, 2005, Motion to Strike are incorporated by reference and will be considered by the Court.

For docketing purposes, the Motion to Dismiss, filed July 20, 2005 (docket #24), is **DENIED AS MOOT**, and Defendants' Combined Motion to Dismiss and Motion to Strike First Amended Complaint, filed December 2, 2005 (docket #106) is the operative Motion. Arguments raised in the July 20, 2005, Motion to Dismiss are incorporated by reference and will be considered by the Court.

For docketing purposes, Defendant Anderson & Whitney's Rule 12(b)(6) Motion to Dismiss Claims Against Anderson & Whitney, filed July 26, 2005 (docket #30) is **DENIED AS MOOT**, and Anderson & Whitney's Notice to Renew and Apply Rule 12(b)(6) Motion to Dismiss to Plaintiffs' First Amended Complaint, filed December 12, 2005 (docket #118) is the operative Motion. Arguments raised in the July 26, 2005, Motion to Dismiss are incorporated by reference and will be considered by the Court.

Dated: March 30, 2006

                                            s/ Michelle M. Merz
                                            Law Clerk to
                                            Wiley Y. Daniel
                                            U. S. District Judge