IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01086-WYD-MJW

CHARLES SREBNIK;
JOANN SREBNIK;
MICHELLE SREBNIK;
LEE SREBNIK;
GARY DEVONPORT;
AIMEE DEVONPORT;
ALLISON OKON, individually, and as Trustee for the Matthew Okon Trust; and
DARYL DINKLA,

    Plaintiffs,

v.

NORMAN M. DEAN, individually;
JAMES E. MILLER, individually;
CLARK A. MILLER, individually;
MFL, INC., a Colorado corporation;
ANDERSON & WHITNEY, P.C., a Colorado professional corporation; and
COMISKEY & COMPANY, PROFESSIONAL CORPORATION, a Colorado professional corporation,
SHERMAN & HOWARD L.L.C., a Delaware Limited Liability Company,

    Defendants,

and

MILLER DIVERSIFIED CORP., a Nevada Corporation

    as Nominal Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant Miller Diversified Corp.'s

("MDC") Motion for Stay of Execution of Court's Order on Plaintiffs' Amended Motion to

Compel Production of Attorney Client Documents, filed April 13, 2006 (docket #197)

("Motion for Stay").

This is a shareholders' derivative action brought by various individual Plaintiffs, as well as the Trustee for the Matthew Okon Trust, pursuant to federal securities laws and the Sarbanes-Oxley Act. Plaintiffs are shareholders of MDC, a public company in Greeley, Colorado. The individual Defendants are the officers, directors, and controlling shareholders of MDC, and the accountants and attorneys for MDC. In their Complaint, filed June 14, 2005, Plaintiffs allege that the board of directors of MDC "looted the Company's assets through concealed 'off the books' payments, sham loans and other bogus transactions including their fraudulent acquisition of the Company's business for a promissory note issued by an insolvent company" owned by the directors. According to the Complaint, the individual Defendants conspired to unlawfully obtain and exercise control over MDC and wiped out MDC's shareholders' equity rendering the Company insolvent.

In the Motion for Stay, MDC seeks an Order staying the execution of Magistrate Judge Michael J. Watanabe's Order on Plaintiffs' Amended Motion to Compel Production of Attorney Client Documents, entered April 6, 2006 ("Order on Motion to Compel"), until such time as I rule on MDC's Objections to the Order on Motion to Compel pursuant to Rule 72(a) of the Federal Rules of Civil Procedure. In the Motion for Stay, MDC indicates that counsel for Plaintiffs objects to the requested relief.

On February 15, 2006, Plaintiffs filed an Amended Motion to Compel Production of Attorney-Client Documents in which they sought an Order "compelling the disclosure and production of attorney-client documents being withheld by Defendants from

Plaintiffs under claim of attorney-client privilege." Plaintiffs assert that the corporate fiduciary exception to the attorney-client privilege, as set forth in *Garner v. Wolfinbarger*, 430 F.2d 1093 (5th Cir. 1970), applies in this case and prevents the attorney Defendants from "invoking MDC's privilege in order to deny MDC's public shareholders access to relevant information." In the Order on Motion to Compel, Magistrate Judge Watanabe found that the Plaintiffs had shown cause why the attorney-client privilege should not be invoked to deny certain discovery to Plaintiffs in this case, and Ordered Defendants to "forthwith disclose and produce to the [P]laintiffs documents responsive to the Plaintiffs' First Requests for Production of Documents which are being withheld from the [P]laintiffs under the claim of attorney-client privilege." Order on Motion to Compel at 2. MDC filed an Objection to the Order on Motion to Compel on April 13, 2006. MDC contends that compliance with the Order on Motion to Compel prior to resolution of their Objection would result in "attorney-client documents being provided to the [P]laintiffs, and the provision of such documents would act as a waiver of the attorney-client privilege." Motion to Stay at 4. MDC notes that once the privilege is waived, their Objection to the Order on Motion to Compel will be rendered moot.

    I agree with MDC that compliance with the Order on Motion to Compel should be stayed until I have reviewed Magistrate Judge Watanabe's Order on Motion to Compel, and either affirmed or rejected that Order. Therefore, it is hereby

    ORDERED that Defendant Miller Diversified Corp.'s ("MDC") Motion for Stay of Execution of Court's Order on Plaintiffs' Amended Motion to Compel Production of

Attorney Client Documents, filed April 13, 2006 (docket #197), is **GRANTED**.  It is

FURTHER ORDERED that the Order on Plaintiff's Amended Motion to Compel

Production of Attorney Client Documents, entered April 6, 2006 (docket #195), is

**STAYED** pending further Order of the Court.

Dated:  April 19, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge