IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01086-WYD-MJW

CHARLES SREBNIK;
JOANN SREBNIK;
MICHELLE SREBNIK;
LEE SREBNIK;
GARY DEVONPORT;
AIMEE DEVONPORT;
ALLISON OKON, individually, and as Trustee for the Matthew Okon Trust; and
DARYL DINKLA,

    Plaintiffs,

v.

NORMAN M. DEAN, individually;
JAMES E. MILLER, individually;
CLARK A. MILLER, individually;
MFL, INC., a Colorado corporation;
ANDERSON & WHITNEY, P.C., a Colorado professional corporation; and
COMISKEY & COMPANY, PROFESSIONAL CORPORATION, a Colorado professional corporation,
SHERMAN & HOWARD L.L.C., a Delaware Limited Liability Company,

    Defendants,

and

MILLER DIVERSIFIED CORP., a Nevada Corporation

    as Nominal Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed Motion for Leave to File Surreply to Defendant Miller Diversified Corp.'s Reply in Support of Objections to Order of Magistrate Judge Granting Plaintiffs' Amended Motion to Compel Production of Attorney-Client

Documents, filed May 4, 2006, is **GRANTED**.

Dated: May 5, 2006

s/ Michelle M. Merz  
Law Clerk to  
Wiley Y. Daniel  
U. S. District Judge
