IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01086-WYD-MJW

CHARLES SREBNIK;
JOANN SREBNIK;
MICHELLE SREBNIK;
LEE SREBNIK;
GARY DEVONPORT;
AIMEE DEVONPORT;
ALLISON OKON, individually, and as Trustee for the Matthew Okon Trust; and
DARYL DINKLA,

 Plaintiffs,

v.

NORMAN M. DEAN, individually;
JAMES E. MILLER, individually;
CLARK A. MILLER, individually;
MFL, INC., a Colorado corporation;
ANDERSON & WHITNEY, P.C., a Colorado professional corporation; and
COMISKEY & COMPANY, PROFESSIONAL CORPORATION, a Colorado professional corporation,
SHERMAN & HOWARD L.L.C., a Delaware Limited Liability Company,

 Defendants,

and

MILLER DIVERSIFIED CORP., a Nevada Corporation

 as Nominal Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

 Plaintiffs' Unopposed Amended Motion for Leave to File Surreply to Defendant Sherman & Howard's Reply in Support of Joinder in Defendant Anderson & Whitney's Motion to Dismiss, filed June 20, 2006 (docket # 235), is **GRANTED**.

  Plaintiff's Motion for Leave to File Surreply to Defendant Sherman & Howard's Reply in Support of Joinder in Defendant Anderson & Whitney's Motion to Dismiss, filed June 15, 2006 (docket # 233) is **DENIED AS MOOT**.

  Dated:  June 21, 2006