IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01086-WYD-MJW

CHARLES SREBNIK, et al.

    Plaintiffs,

v.

NORMAN M. DEAN, individually, et al.,

    Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiffs' Motion for Protective Order Regarding Manner and Location of Plaintiffs' Depositions Pursuant to Fed. R. Civ. P. 30(b)(7) and 26(c) (docket no. 229) is MOOT and therefore DENIED. This court has already addressed the issues raised in the subject motion in this court's Order dated June 20, 2006. See docket no. 236.

Date: June 27, 2006