IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01086-WYD-MJW

CHARLES SREBNIK, et al.

    Plaintiffs,

v.

NORMAN M. DEAN, individually, et al.,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiffs' Motion for Attorney Fees and Costs Against the Management Defendants and Defendant Sherman & Howard, LLC (docket no. 285) is DENIED.  After careful review of the subject motion (docket no. 285), response (docket no. 294) and taking judicial notice of the court's file, this court finds under the totality of the circumstances sanctions are not appropriate under Fed. R. Civ. P. 37(d) since Defendants delay in producing the requested documents was substantially justified.

Date:  December 12, 2006