IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01086-WYD-MJW

CHARLES SREBNIK, et al.

    Plaintiffs,

v.

NORMAN M. DEAN, individually, et al.

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that Defendant Sherman & Howard's Motion for Clarification Minute Order (DN 308) is GRANTED.  To clarify this court's record of court minutes dated January 11, 2007 (docket no. 307), Defendants shall disclose their experts by February 26, 2007. The Plaintiffs shall have two weeks (14 days) after Defendants designate their experts to designate rebuttal experts.

Date:  February 6, 2007