IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01086-WYD-MJW

CHARLES SREBNIK, et al.,

    Plaintiffs,

v.

NORMAN M. DEAN, individually, et al.,

    Defendants.

---

## ORDER REGARDING THE MILLER DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS (DOCKET NO. 312)

---

**Entered by United States Magistrate Judge Michael J. Watanabe**

This matter is now before the court for consideration on the Miller Defendants' Motion to Compel Production of Documents (docket no. 312). The court has reviewed the motion and response (docket no. 318). In addition, the court has now reviewed, *in camera,* the following documents submitted by Plaintiffs per this court's Minute Order (docket no. 319). Those documents are (1) Plaintiffs' fee agreement with counsel, billing invoices from counsel, and documents evidencing amounts paid to counsel in this case and (2) a draft expert report prepared by Professor Mark Loewenstein, Plaintiffs' fiduciary duty expert witness, without redaction of Plaintiffs' counsel's notes made in the margins. The court has also taken judicial notice of the court's file and has

2

considered applicable Federal Rules of Civil Procedure and case law.  The court now being fully informed makes the following findings of fact, conclusions of law, and order.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

As to the subject documents listed above, Plaintiffs are not objecting to the production of the fee agreements and invoices based on attorney-client and attorney-work product privileges, but on the ground of lack of relevancy.  As to Mr. Loewenstein's draft expert report, Plaintiffs have highlighted in yellow per this court's Minute Order (docket no. 319) portions of such report.  Plaintiffs argue that these highlighted portions of Mr. Loewenstein's draft expert report are protected under attorney work product since they contain mental impressions and legal theories of counsel for Plaintiffs.

Here, the court finds that Plaintiffs' fee agreement with counsel, billing invoices from counsel, and documents evidencing amounts paid to counsel in this case are discoverable under Fed. R. Civ. P. 26(b)(1) and may lead to admissible evidence at trial and are further relevant to the issues before this court under Federal Rule of Evidence 401.  The court further finds that the draft expert report prepared by Professor Mark Loewenstein, Plaintiffs' fiduciary duty expert witness, is discoverable for the same reasons listed above, but those portions that have been highlighted in yellow by Plaintiffs within such draft expert report are protected under attorney work product.

**ORDER**

**WHEREFORE**, based upon these findings of fact and conclusions of law, this

3

court **ORDERS**:

1. That Miller Defendants' Motion to Compel Production of Documents (docket no. 312) is **GRANTED as follows**:

   a. On or before April 16, 2007, Plaintiffs shall provide to the Miller Defendants copies of Plaintiffs' fee agreement with counsel, billing invoices from counsel, and documents evidencing amounts paid to counsel in this case that were submitted to this court for *in camera* review; and,

   b. On or before April 16, 2007, Plaintiffs shall provide to the Miller Defendants a copy of the draft expert report prepared by Professor Mark Loewenstein, Plaintiffs' fiduciary duty expert witness, but the yellow highlighted portions of such draft expert report shall be redacted.

2. That each party shall pay their own attorney fees and costs for this motion; and,

3. That Plaintiffs' fee agreement with counsel, billing invoices from counsel, and documents evidencing amounts paid to counsel in this case and the draft expert report prepared by Professor Mark Loewenstein, Plaintiffs' fiduciary duty expert witness, which were submitted to this court for *in camera* reviewed shall be sealed and

4

not opened except by further Order of Court.

Done this 28th day of March 2007.

                                        BY THE COURT

                                        s\ Michael J. Watanabe
                                        Michael J. Watanabe
                                        U.S. Magistrate Judge