# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01086 - WYD - MJW

CHARLES SREBNIK
JOANN SREBNIK
MICHELLE SREBNIK
LEE SREBNIK
GARY DEVONPORT
AIMEE DEVONPORT
ALLISON OKON, individually, and
as Trustee for the Matthew Okon Trust, and
DARYL DINKLA

    Plaintiffs,

v.

NORMAN M. DEAN, individually
JAMES E. MILLER, individually,
CLARK A. MILLER, individually,
MILLER FEEDLOTS, INC., a Colorado corporation,
ANDERSON & WHITNEY, P.C., a Colorado professional corporation,
COMISKEY & COMPANY, PROFESSIONAL CORPORATION,
a Colorado professional corporation, and
SHERMAN & HOWARD L.L.C., a Delaware Limited Liability Company,

    Defendants,

and

MILLER DIVERSIFIED CORP., a Nevada Corporation

    as Nominal Defendant.

---

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO VACATE ALL PRE-TRIAL DEADLINES
( Docket No. 331 )

THIS MATTER having come before the Court on Plaintiffs' Unopposed Motion to Vacate all Pre-trial Deadlines, and for good cause shown, it is hereby

ORDERED that Plaintiffs' afore-referenced Motion is granted. All further pre-trial deadlines and hearings (with the exception of the May 4, 2007 deadline to file a motion for court approval of the settlement agreement), including but not limited to discovery, motions, pre-trial conferences, trial preparation conferences, are hereby stayed pending Court review of the settlement agreement pursuant to the requirements of Fed. R. Civ. P. 23.1.

DATED: April 11, 2007

BY THE COURT

~~United States District Judge~~
~~United States Magistrate Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2