IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01086-WYD-MJW

CHARLES SREBNIK;
JOANN SREBNIK;
MICHELLE SREBNIK;
LEE SREBNIK;
GARY DEVONPORT;
AIMEE DEVONPORT;
ALLISON OKON, individually, and as Trustee for the Matthew Okon Trust; and
DARYL DINKLA,

    Plaintiffs,

v.

NORMAN M. DEAN, et al.,

    Defendants,

and

MILLER DIVERSIFIED CORP., a Nevada Corporation

    as Nominal Defendant.
_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Comiskey & Company's Unopposed Motion to Vacate Trial Date (and Final Trial Preparation Conference), filed April 24, 2007 (docket #336) is **GRANTED**.  The five-day Jury Trial set to commence **Monday, June 18, 2007** and the Final Trial Conference set for **Friday, June 8, 2007 at 9:00 a.m.** are hereby **VACATED**.

    Dated:  April 24, 2007