**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   August 10, 2007 |
| E.C.R./Reporter:   Kara Spitler | |

_____

| | |
|---|---|
| Civil Action No: **05-cv-01086-WYD-MJW** | Counsel: |
| **CHARLES SREBNIK, et al.**, | A. Thomas Tanenbaum |
| | George D. Kreye |
| Plaintiffs, | |
| v. | |
| **NORMAN M. DEAN, et al.**, | Paul R. Wood |
| | Angela D. DeVine |
| Defendants. | Brian F. Huebsch |
| | Carla B. Minckley |
| | Traci L. Van Pelt |

_____

**COURTROOM MINUTES**
_____

**HEARING ON FINAL APPROVAL OF SETTLEMENT AND PLAINTIFFS' APPLICATION FOR ATTORNEY FEES AND EXPENSES**

**3:07 p.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Final approval of settlement and Plaintiffs' Application for Attorney Fees and Expenses (#342 - 6/1/07) are raised for argument.

3:12 p.m.   Argument by Plaintiffs (Mr. Tenenbaum).

3:18 p.m.   Argument by Defendants (Mr. Wood).

3:19 p.m.   Argument by Defendants (Mr. Huebsch).

Judge Wiley Y. Daniel
05-cv-01086-WYD-MJW - Courtroom Minutes

3:21 p.m.        Argument by Defendants (Ms. Van Pelt).

                 Court makes findings.

**ORDERED:**    Court will approve the settlement in this case.

**ORDERED:**    Plaintiffs' Application for Attorney Fees and Expenses (#342 - 6/1/07) is **GRANTED.**

**ORDERED:**    Parties shall submit a proposed form of order not later than **Friday, August 17, 2007.**

3:32 p.m.        Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 0:26**